TIMOTHY E. CARY, SBN 093608
CaryT@Stutmanlaw.com
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
1260 Corona Pointe Court, Suite 304
Corona, California 92879
Telephone: (951) 387-4700 / Facsimile: (951) 963-1298

Attorneys for RESIDENCE MUTUAL INSURANCE COMPANY as Subrogee of MARIZOL HUDSON

Krsto Mijanovic (Bar No. 205060)
  kmijanovic@hbblaw.com
Steven A. Scordalakis (Bar No. 293212)
  sscordalakis@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
  edocs@hbblaw.com
555 South Flower Street
Forty-Fifth Floor
Los Angeles, CA 90071
O: 213-542-8000
F: 213-542-8100

Attorneys for Defendant
BROAN-NUTONE, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RESIDENCE MUTUAL INSURANCE COMPANY as Subrogee of MARIZOL HUDSON,<br><br>             Plaintiff,<br><br>     vs.<br><br>BROAN-NUTONE, LLC, a Delaware corporation; NUTONE, INC., a Delaware corporation; and DOES 1 through 25, Inclusive,<br><br>             Defendants. | CASE NO. 2:23-cv-1198 JDP<br><br>**[PROPOSED]** ORDER THEREON<br><br>[*Assigned for all Purposes to Magistrate Judge, Hon. Jeremy D. Peterson*] |

### [PROPOSED] ORDER THEREON

PURSUANT TO THE PARTIES' STIPULATION, AND HAVING FOUND GOOD CAUSE THEREFORE, THIS COURT HEREBY GRANTS THE PARTIES' REQUEST AND MODIFIES THE SCHEDULING ORDER AS FOLLOWS:

September 13, 2024: Close of fact Discovery (including last day to hear motions to compel on fact discovery)

October 11, 2024: Designation of Expert Witnesses

November 15, 2024: Designation of Rebuttal Expert Witnesses

December 13, 2024: Close of Expert Discovery

January 30, 2025: Last Day to Hear Dispositive Motions

IT IS SO ORDERED.

Dated:   April 4, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE