TIMOTHY E. CARY, SBN 093608
CaryT@Stutmanlaw.com
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
1260 Corona Pointe Court, Suite 304
Corona, California 92879
Telephone: (951) 387-4700 / Facsimile: (951) 963-1298

Attorneys for RESIDENCE MUTUAL INSURANCE COMPANY as Subrogee of MARIZOL HUDSON

Krsto Mijanovic (Bar No. 205060)
　kmijanovic@hbblaw.com
Steven A. Scordalakis (Bar No. 293212)
　sscordalakis@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
　edocs@hbblaw.com
555 South Flower Street
Forty-Fifth Floor
Los Angeles, CA 90071
O: 213-542-8000
F: 213-542-8100

Attorneys for Defendant
BROAN-NUTONE, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RESIDENCE MUTUAL INSURANCE COMPANY as Subrogee of MARIZOL HUDSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BROAN-NUTONE, LLC, a Delaware corporation; NUTONE, INC., a Delaware corporation; and DOES 1 through 25, Inclusive,<br><br>　　　　Defendants. | CASE NO. 2:23-cv-1198 JDP<br><br>**SECOND STIPULATION AND JOINT REQUEST TO MODIFY THE SCHEDULING ORDER; AND [PROPOSED] ORDER THEREON**<br><br>[*Assigned for all Purposes to Magistrate Judge, Hon. Jeremy D. Peterson*] |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff RESIDENCE MUTUAL INSURANCE COMPANY as Subrogee of MARIZOL HUDSON ("Plaintiff"), and Defendant BROAN-NUTONE, LLC (hereinafter "Defendant")(hereinafter, collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate, agree, and request that this Court modify the Pre-Trial Scheduling Order(s) (ECF Nos. 13 and 16) ("Scheduling Order(s)") to adjust the fact and expert discovery deadlines, and extend all applicable deadlines by approximately 90 days.  Good cause exists as follows:

WHEREAS, on or about October 23, 2023, this Court issued its Scheduling Order (ECF No. 13).

WHEREAS, on or about April 4, 2024, this Court issued its Order Modifying the Scheduling Order pursuant to the parties stipulation.  Therein, in relevant part, this Court ordered the following be completed:

September 13, 2024:  Close of Fact Discovery (including last day to hear motions to compel on fact discovery)

October 11, 2024:  Designation of Expert Witnesses

November 15, 2024:  Designation of Rebuttal Expert Witnesses

December 13, 2024:  Close of Expert Discovery

January 30, 2025:  Last Day to Hear Dispositive Motions

WHEREAS, the Parties have exchanged initial disclosures and propounded written discovery on the other, but the need for a Protective Order arose.  Thereafter, the Parties engaged in lengthy meet and confer and have since agreed-upon and submitted a Stipulation and [Proposed] Protective Order to this Court.  Once the Protective Order is issued, the Parties will be in a position to provide responses to discovery and produce responsive documents.

1   WHEREAS, the parties have also deposed several percipient witnesses, including
2   responding fire department personnel and two persons at home at the time of the fire.
3   WHEREAS, the Parties also intend to depose the two homeowners whose insurance
4   claim gives rise to Plaintiff's subrogation action.  There have been delays, however,
5   including difficulty effecting service on the two witnesses, as well as technical difficulties
6   in accomplishing the remote depositions.  Nonetheless, the Parties are working collectively
7   to depose the two homeowners and anticipate completing the same within the next 30
8   days.
9   WHEREAS, the Parties also anticipate the needs to depose the insured's
10  Independent Adjuster, the contractor who performed repairs on the subject property, as
11  well as Plaintiff's and Defendant's Person(s) Most Qualified.  The parties have met and
12  conferred as to the scope of these depositions and anticipate completing these depositions
13  in the next 30days.
14  WHEREAS, the Parties also anticipate submitting their matter to private mediation.
15  In order to avoid unnecessary cost and expense of expert discovery, however, the Parties
16  request this Court modify the Scheduling Order such that fact discovery be completed,
17  followed by designation of expert witnesses, and then the completion of expert discovery.
18  This will allow the Parties to complete fact discovery and participate in a meaningful
19  mediation without incurring the unnecessary cost of expert discovery.
20  WHEREAS, a brief continuance (90 days) will allow the Parties to complete the
21  aforementioned written discovery (including responses and document production), the
22  foregoing fact depositions, and submit this matter to private mediation in advance of
23  designation of expert witnesses and the completion of expert discovery.
24  WHEREAS, this is the Parties' second request to modify the Scheduling Order, but
25  the first request was due, in part, to a request to restructure the prior scheduling order (i.e.,
26  that designation of experts to follow completion of fact discovery), as well as a change in
27  handling attorney for Defendant.  In addition, the parties have working collectively to

1 resolve their disputes as to the protective order and to resolve scheduling and technology
2 complications to accomplish the necessary discovery. No party will be prejudiced by the
3 modification of the Scheduling Order and/or the requested brief continuance.
4     THEREFORE, the Parties stipulate and agree, and hereby request, that this Court
5 modify the Scheduling Order and issue a new order such that the following should be
6 completed:
7     December 13, 2024:  Close of Fact Discovery (including last day to hear motions to
8 compel on fact discovery)
9     January 10, 2025:  Designation of Expert Witnesses
10     January 31, 2025:  Designation of Rebuttal Expert Witnesses
11     February 28, 2025:  Close of Expert Discovery
12     April 25, 2025:  Last Day to Hear Dispositive Motions
13     Further Scheduling:    Further Status Conference after the passage of the
14                          Dispositive Motion Deadline.

1  DATED: August 20, 2024          LAW OFFICES OF ROBERT A.
2                                   STUTMAN, P.C.
3
4                                   By:    */s/ Timothy E. Cary*
5                                          Timothy E. Cary
                                            Attorneys for GENERAL INSURANCE
6                                          COMPANY OF AMERICA as Subrogee of
                                            VINH DINH and NGOC TRUONG
7
8  DATED: August 20, 2024          HAIGHT BROWN & BONESTEEL LLP
9
10
11
12                                  By:    */s/ Steven A. Scordalakis*
                                            Krsto Mijanovic
13                                          Steven A. Scordalakis
                                            Attorneys for BROAN-NUTONE, LLC
14

BM07-0000213
15034750.1                                 5                CASE NO. 2:23-cv-1198 JDP
SECOND STIPULATION AND REQUEST TO MODIFY THE SCHEDULING ORDER; AND [PROPOSED]
                              ORDER THEREON

## ~~[PROPOSED]~~ ORDER

Pursuant to the Parties' Stipulation and Joint Request to Modify the Scheduling Order, and having found good cause therefor, this Court hereby GRANTS the Parties' request and orders as follows:

December 13, 2024:  Close of Fact Discovery (including last day to hear motions to compel on fact discovery)

January 10, 2025:  Designation of Expert Witnesses

January 31, 2025:  Designation of Rebuttal Expert Witnesses

February 28, 2025:  Close of Expert Discovery

April ~~25~~24, 2025:  Last Day to Hear Dispositive Motions

If appropriate, this Court will set a Further Status Conference after the passage of the Dispositive Motion Deadline.

IT IS SO ORDERED.

Dated:   August 26, 2024

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE