TIMOTHY E. CARY, SBN 093608
CaryT@Stutmanlaw.com
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
1260 Corona Pointe Court, Suite 304
Corona, California 92879
Telephone: (951) 387-4700 / Facsimile: (951) 963-1298

Attorneys for RESIDENCE MUTUAL
INSURANCE COMPANY as Subrogee of
MARIZOL HUDSON

Krsto Mijanovic (Bar No. 205060)
  kmijanovic@hbblaw.com
Steven A. Scordalakis (Bar No. 293212)
  sscordalakis@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
  edocs@hbblaw.com
555 South Flower Street
Forty-Fifth Floor
Los Angeles, CA 90071
O: 213-542-8000
F: 213-542-8100

Attorneys for Defendant
BROAN-NUTONE, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RESIDENCE MUTUAL INSURANCE COMPANY as Subrogee of MARIZOL HUDSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BROAN-NUTONE, LLC, a Delaware corporation; NUTONE, INC., a Delaware corporation; and DOES 1 through 25, Inclusive,<br><br>　　　　Defendants. | CASE NO. 2:23-cv-1198 JDP<br><br>**[PROPOSED]** ORDER THEREON<br><br>[*Assigned for all Purposes to Magistrate Judge, Hon. Jeremy D. Peterson*] |

BM07-0000217
15131007.1

1                                          CASE NO. 2:23-cv-1198 JDP

THIRD STIPULATION AND REQUEST TO MODIFY THE SCHEDULING ORDER; AND [PROPOSED]
ORDER THEREON

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation and Joint Request to Modify the Scheduling Order, and having found good cause therefor, this Court hereby GRANTS the Parties' request and orders as follows:

January 17, 2025: Close of Fact Discovery (including last day to hear motions to compel on fact discovery)

February 14, 2025: Designation of Expert Witnesses

March 14, 2025: Designation of Rebuttal Expert Witnesses

April 11, 2025: Close of Expert Discovery

May 30, 2025: Last Day to Hear Dispositive Motions

This Court will set a Status Conference after resolution of any dispositive motions or, if none are filed, passage of the Dispositive Motion Deadline.

IT IS SO ORDERED.

Dated:   November 20, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE