TIMOTHY E. CARY, SBN 093608
CaryT@Stutmanlaw.com
**LAW OFFICES OF ROBERT A. STUTMAN, P.C.**
391 N. Main Street, Suite 108
Corona, California 92879
Telephone: (951) 387-4700 / Facsimile: (951) 963-1298

Attorneys for RESIDENCE MUTAL
INSURANCE COMPANY as Subrogee of
MARIZOL HUDSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RESIDENCE MUTUAL INSURANCE COMPANY as Subrogee of MARIZOL HUDSON,<br><br>Plaintiff,<br><br>vs.<br><br>BROAN-NUTONE, LLC, a Delaware corporation; NUTONE, INC., a Delaware corporation; and DOES 1 through 25, Inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-1198 JDP<br>*[Assigned for all Purposes to US Magistrate Judge, Jeremy D. Peterson]*<br><br>**STIPULATION RE DISMISSAL OF ENTIRE ACTION** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff RESIDENCE MUTAL INSURANCE COMPANY as Subrogee of MARIZOL HUDSON and Defendants BROAN-NUTONE, LLC and NUTONE, INC. hereby stipulate and request that the above action be dismissed, with prejudice, in its entirety, as to all claims, causes of action, and parties, with each party to bear their own attorneys' fees and costs.

///

| | | |
|---|---|---|
| DATED: February 14, 2025 | | LAW OFFICES OF ROBERT A. STUTMAN, P.C. |

By:     /s/ Timothy Cary
Timothy E. Cary
Attorneys for RESIDENCE MUTAL INSURANCE COMPANY as Subrogee of MARIZOL HUDSON

DATED: February 14, 2025    HAIGHT BROWN & BONESTEEL LLP

By:     /s/ Steven Scordalakis
Krsto Mijanovic
Steven A. Scordalakis
Attorneys for BROAN-NUTONE, LLC